**MICHAEL N. FEUER**, City Attorney SBN 111529x
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney SBN 115453
**GEOFFREY PLOWDEN**, Deputy City Attorney SBN 146602
**SUREKHA A. SHEPHERD**, Deputy City Attorney SBN 193206
200 North Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email:  geoffrey.plowden@lacity.org
Email: surekha.shepherd@lacity.org
Phone:  (213) 978-7038 Fax No: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHIEF MICHEL MOORE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON JONES,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, in his official capacity as Chief of the Los Angeles Police Department, LOS ANGELES POLICE DEPARTMENT, a municipal entity, DOE 1, and DOES 2-10, inclusive,<br><br>             DEFENDANTS. | CASE NO. **2:20-cv-11147-SVW-SK**<br>*Honorable Stephen W. Wilson*<br>*Magistrate Judge Steve Kim*<br><br>**DEFENDANTS' CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |

DEFENDANTS CITY OF LOS ANGELES. LOS ANGELES POLICE DEPARTMENT AND CHIEF MICHEL MOORE answering the Plaintiff's Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

1.     Answering paragraph 1, Defendants deny the allegations therein.

2.     Answering paragraph 2, Defendants deny the allegations therein.

3.     Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1

4. Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5. Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, Defendants deny the allegations therein.

8. Answering paragraph 8, Defendants deny the allegations therein.

9. Answering paragraph 9, Defendants deny the allegations therein.

10. Answering paragraph 10, Defendants deny the allegations therein.

11. Answering paragraph 11, Defendants deny the allegations therein.

12. Answering paragraph 12, Defendants acknowledge the rights provided by the First Amendment of the United States Constitution and deny the remaining allegations contained therein.

13. Answering paragraph 13, Defendants admit the allegations contained therein.

14. Answering paragraph 14, Defendants admit the allegations contained therein.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17, Defendants admit the LAPD is a law enforcement agency rather than "a local government entity" and deny the remaining allegations contained therein.

18. Answering paragraph 18, Defendants admit the City of Los Angeles is a public entity and deny the remaining allegations contained therein.

19. Answering paragraph 19, Defendants admit the allegations therein.

/ / /

20. Answering paragraph 20, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

21. Answering paragraph 21, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

22. Answering paragraph 22, Defendants admit the allegations contained therein.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants deny the allegations therein.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering paragraph 34, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering paragraph 35, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering paragraph 36, Defendants deny the allegations therein.

37. Answering paragraph 37, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39. Answering paragraph 39, Defendants deny the allegations therein.

40. Answering paragraph 40, Defendants admit the 40mm round is a less than lethal force option, but deny LAPD fails to use due care.

41. Answering paragraph 41, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, Defendants admit rubber bullets were an available use of force option for LAPD officers prior to 2020 and deny the remaining allegations contained therein.

43. Answering paragraph 43, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering paragraph 45, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering paragraph 48, Defendants deny the allegations therein.

49. Answering paragraph 49, Defendants deny the allegations therein.

50. Answering paragraph 50, Defendants deny the allegations therein.

51. Answering paragraph 51, Defendants deny the allegations therein.

52. Answering paragraph 52, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering paragraph 55, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56. Answering paragraph 56, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## COUNT I

### Violation of First Amendment to the United States Constitution

### (42 U.S.C. § 1983)

57. Answering paragraph 57, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

58. Answering paragraph 58, Defendants deny the allegations therein.

59. Answering paragraph 59, Defendants deny the allegations therein.

60. Answering paragraph 60, Defendants deny the allegations therein.

61. Answering paragraph 61, Defendants admit the First Amendment of the United States Constitution protect the right to protest in a peaceful fashion.

62. Answering paragraph 62, Defendants deny the allegations therein.

63. Answering paragraph 63, Defendants deny the allegations therein.

64. Answering paragraph 64, Defendants deny the allegations therein.

## COUNT II

### Violation of Fourth Amendment to United States Constitution

**(42 U.S.C. § 1983)**

65. Answering paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

66. Answering paragraph 66, Defendants deny the allegations therein.

67. Answering paragraph 67, Defendants deny the allegations therein.

68. Answering paragraph 68, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

69. Answering paragraph 69, Defendants deny the allegations therein.

70. Answering paragraph 70, Defendants deny the allegations therein.

71. Answering paragraph 71, Defendants deny the allegations therein.

72. Answering paragraph 72, Defendants deny the allegations therein.

## COUNT III

### Violation of Fourteenth Amendment to United States Constitution

**(42 U.S.C. § 1983)**

73. Answering paragraph 73, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

74. Answering paragraph 74, Defendants deny the allegations therein.

75. Answering paragraph 75, Defendants admit members of the public such as Plaintiff have the right to peacefully protest pursuant to the First Amendment.

76. Answering paragraph 76, Defendants admit members of the public such as Plaintiff have the right to be free from excessive force pursuant to the Fourth Amendment.

77. Answering paragraph 77, Defendants deny the allegations therein.

78. Answering paragraph 78, Defendants deny the allegations therein.

## COUNT IV

### Freedom of Speech Under the California Constitution

### (Article I, Section 2 of California Constitution)

79. Answering paragraph 79, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

80. Answering paragraph 80, Defendants deny the allegations therein.

81. Answering paragraph 81, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

82. Answering paragraph 82, Defendants lack specific information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

83. Answering paragraph 83, Defendants deny the allegations therein.

84. Answering paragraph 84, Defendants deny the allegations therein.

85. Answering paragraph 85, Defendants admit Plaintiff is seeking only declaratory and injunctive relief as to this cause of action.

## Count V

### Freedom of Assembly Under the California Constitution

### (Article I, Section 3 of the California Constitution)

86. Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

87. Answering paragraph 87, Defendants admit the allegations contained therein.

88. Answering paragraph 88, Defendants deny the allegations therein.

89. Answering paragraph 89, Defendants deny the allegations therein.

90. Answering paragraph 90, Defendants admit Plaintiff is seeking only declaratory and injunctive relief as to this cause of action.

## COUNT VI

### Due Process Under the California Constitution

### (Article I, Section 7 of California Constitution)

91. Answering paragraph 91, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

92. Answering paragraph 92, Defendants admit the allegations contained therein.

93. Answering paragraph 93, Defendants deny the allegations therein.

94. Answering paragraph 94, Defendants deny the allegations therein.

95. Answering paragraph 95, Defendants admit Plaintiff is seeking only declaratory and injunctive relief as to this cause of action.

## COUNT VII

### Search and Seizure Under the California Constitution

### (Article I, Section 13 of California Constitution)

96. Answering paragraph 96, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

97. Answering paragraph 97, Defendants admit the allegations contained therein.

98. Answering paragraph 98, Defendants deny the allegations therein.

99. Answering paragraph 99, Defendants deny the allegations therein.

100. Answering paragraph 100, Defendants admit Plaintiff is seeking only declaratory and injunctive relief as to this cause of action.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

1. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

2. The force used against Plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the defense of others.

3. As to the federal claims and theories of recovery, the answering individual defendant is protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

4. Defendant City of Los Angeles, Los Angeles Police Department and Chief Michel Moore and all Defendants sued in their official capacities, are immune from the imposition of punitive damages.

5. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

6. Plaintiff lacks standing to sue.

7. Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

8. Plaintiff's state law claims are barred due to failure to file the requisite tort claim.

9. Defendants City of Los Angeles, Los Angeles Police Department and Chief Michel Moore contend that any recovery by Plaintiff be offset by the amount owed to Defendants.

10. Plaintiff failed to mitigate his damages.

/ / /

/ / /

/ / /

11. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

California Government Code §§ 815.2, 818, 818.2, 820.2, 820.8, 821.6, 822.2, 844.6, 845, 845.2 and 845.6.

California Penal Code §§ 836.5 and 847(b).

California Health and Safety Code §1799.106

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That plaintiffs take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 4, 2021

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Atty.
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: /s/ *Surekha A. Shepherd*
    **SUREKHA A. SHEPHERD**
    Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHIEF MICHEL MOORE**