GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (pro hac vice)
  OSnyder@gibsondunn.com
KATHERINE MARQUART, SBN 248043
  KMarquart@gibsondunn.com
KARIN PORTLOCK (pro hac vice)
  KPortlock@gibsondunn.com
LEE R. CRAIN (pro hac vice)
  LCrain@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

MATTHEW S. KAHN, SBN 261679
  MKahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

LAUREN M. BLAS, SBN 296823
  LBlas@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
  JLondon@gibsondunn.com
COURTNEY M. JOHNSON, SBN 324331
  CJohnson2@gibsondunn.com
LENORE H. ACKERMAN, SBN 324995
  LAckerman@gibsondunn.com
MACKENZIE A. MCCULLOUGH,
SBN 324343
  MMcCullough@gibsondunn.com
333 South Grand Avenue, Suite 4600
Los Angeles, CA  90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520

Attorneys for Plaintiff Deon Jones

[Additional Counsel listed on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON JONES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, LOS ANGELES POLICE DEPARTMENT, a municipal entity, DOE 1, and DOES 2-10 inclusive, <br><br> Defendants. | **CASE NO.  2:20-cv-11147-SVW-SK** <br><br> **STIPULATION FOR ORDER REGARDING CERTAIN DISCOVERY DEADLINES** <br><br> Judge:  Hon. Stephen V. Wilson <br><br> Trial Date: March 8, 2022 |

1  LYNBERG & WATKINS
   S. Frank Harrell (SBN 133437)
2  Shannon L. Gustafson (SBN 228856)
   1100 W Town and Country Road, Ste. 1450
3  Orange, CA 92868
   Tel. (714) 937-1010
4  Fax: (714) 937-1003

5  Attorneys for Defendants City of Los Angeles,
   Los Angeles Police Department, and Chief Michael Moore
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       It is hereby stipulated by and between Plaintiff Deon Jones ("Plaintiff") and

2  Defendants City of Los Angeles, Los Angeles Police Department, and Chief

3  Michael Moore (collectively "Defendants," along with Plaintiff the "Parties"),

4  through their respective counsel, and subject to approval of the Court, that the

5  deadlines for the disclosure of initial and rebuttal expert witnesses pursuant to

6  Federal Rule of Civil Procedure 26(a)(2) and for the completion of all discovery

7  shall be set as stated below for all issues to be tried at the trial presently set to

8  commence on March 8, 2022 (the "Issues To Be Tried In March 2022").  Good

9  cause exists to grant this stipulation as follows:

10       WHEREAS Plaintiff filed this action alleging that Defendants violated his

11  rights under the United States Constitution and California Constitution on

12  December 9, 2020.  Dkt. 1.

13       WHEREAS Defendants filed their Answer to Plaintiff's Complaint on

14  January 4, 2021.  Dkt. 39.

15       WHEREAS on October 26, 2021, the Court issued a "Civil Trial Preparation

16  Order," which set this matter for trial on March 8, 2022.  Dkt. 65.

17       WHEREAS in the October 26, 2021 Civil Trial Preparation Order, the Court

18  noted that if the "trial dates set by the Court require adjustment to the discovery

19  deadlines in the Federal Rules, the parties should file a stipulation to adjust them."

20  *Id.* at 5:1-3.

21       WHEREAS, as to the Issues To Be Tried In March 2022, the Parties

22  anticipate relying at trial on evidence presented under Federal Rules of Evidence

23  702, 703, or 705.

24       WHEREAS, as to the Issues To Be Tried In March 2022, pursuant to Federal

25  Rule of Civil Procedure 26(a)(2)(D)(i), the deadline for the Parties to disclose the

26  identity of any witnesses they may use at trial to present evidence under Federal

27  Rules of Evidence 702, 703, or 705 is currently December 8, 2021.

28

1    WHEREAS, as to the Issues To Be Tried In March 2022, pursuant to Federal

2    Rule of Civil Procedure 26(a)(2)(D)(ii), the deadline for the Parties to disclose the

3    identity of witnesses that are intended solely to contradict or rebut evidence on a

4    subject matter identified by another party under Rule 26(a)(2) is 30 days after the

5    date of the other party's initial disclosure.

6    WHEREAS, on November 12, 2021, Defendant filed a Motion for

7    Bifurcation and Stay of *Monell* Issues / Discovery, which asks the Court to

8    bifurcate Plaintiff's claims under *Monell v. Department of Social Services of the*

9    *City of New York*, 463 U.S. 658 (1978), and to stay discovery as to those claims.

10   Dkt. 66.

11   WHEREAS, also on November 12, 2021, Plaintiff filed a Motion for Leave

12   to Amend his Complaint, which seeks leave to file a First Amended Complaint that

13   names as a defendant the LAPD officer he alleges shot him in the face and to

14   provide more detailed allegations regarding the circumstances leading up to his

15   injuries on May 30, 2020.  Dkt. 69.

16   WHEREAS the Parties are continuing to schedule the depositions of key

17   witnesses who will provide relevant testimony that the Parties expect their expert

18   witnesses will rely on in forming their opinions in this matter.

19   WHEREAS there are several outstanding disputes between the Parties with

20   respect to discovery, including disputes related to important documents and

21   information the Parties anticipate their experts will rely on in forming their opinions

22   in this case.

23   WHEREAS the Parties have engaged in, and are continuing to engage in,

24   meet and confer discussions regarding these outstanding discovery disputes in an

25   attempt to avoid the need for motion practice.

26   WHEREAS if the Parties are unable to reach an agreement on the

27   outstanding discovery issues they will file a Joint Stipulation with the Magistrate

28   Judge pursuant to Central District Local Rule 37-2.

2

WHEREAS in light of the Parties' continuing efforts to complete discovery, the outstanding issues pertaining to discovery, the possible need for the Parties to bring a discovery motion, Defendants' pending Motion for Bifurcation, and Plaintiff's pending Motion for Leave to Amend his Complaint, the Parties require additional time to identify, retain, and disclose witnesses who will present evidence as to the Issues To Be Tried In March 2022 under Federal Rules of Evidence 702, 703, or 705.

NOW THEREFORE, the Parties hereby agree and stipulate, pursuant to approval of the Court, that the deadlines for the disclosure of witnesses who may present evidence under Federal Rules of Evidence 702, 703, or 705 at trial as to the Issues To Be Tried In March 2022 shall be set as follows:

- The Parties shall disclose to the other Parties the identity of any witnesses they may use at trial to present evidence as to the Issues To Be Tried In March 2022 under Federal Rules of Evidence 702, 703, or 705, in accordance with Federal Rule of Civil Procedure 26(a)(2), no later than January 21, 2022.

- The Parties shall disclose to the other Parties the identity of any witnesses they may use at trial to provide evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party as to the Issues To Be Tried In March 2022 under Federal Rule of Civil Procedure 26(a)(2) no later than February 14, 2022.

NOW THEREFORE, the Parties further agree and stipulate, pursuant to approval of the Court, that the deadlines to complete all discovery as to the Issues To Be Tried In March 2022 shall be March 7, 2022, and that the Parties will bring any significant outstanding discovery issues to the Court's attention three weeks before trial.

3

1    NOW THEREFORE, the Parties further agree and stipulate, pursuant to

2    approval of the Court, that, to the extent the Court orders bifurcation, the deadlines

3    set forth herein would not apply to any expert or fact discovery relating to issues

4    not set to be tried at the trial presently set to commence on March 8, 2022, and that

5    deadlines for the completion of fact and expert as to such issues would be set when

6    the stay is lifted.

7        Accordingly, the Parties respectfully requests that the Court grant this

8    Stipulation and enter an order setting the requested dates for expert discovery and

9    the completion of all discovery in this matter as to the Issues To Be Tried In March

10   2022.

     DATED:  November 15, 2021                    Respectfully submitted,

11

12                                          By:   /s/ Katherine Marquart
                                                  Katherine Marquart
13                                                Attorney for Plaintiff

14

15
     DATED:  November 15, 2021
16
                                            By:   /s/ Shannon L. Gustafson
                                                  S. Frank Harrell
17                                                Shannon L. Gustafson
18                                                Attorneys for Defendants City of
                                                  Los Angeles, Los Angeles Police
19                                                Department and Chief Michel
20                                                Moore

21
         Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on
22
     whose behalf the filing is submitted, concur in the filing's content and have
23
     authorized the filing.
24
     DATED:  November 15, 2021
25

26
                                                  /s/ Katherine Marquart
                                                  Katherine Marquart
27

28

                                            4