UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11147-SVW (SKx)                                       Date: December 20, 2021

Title   Deon Jones v. City of Los Angeles, et al


Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):            Attorneys Present for Defendant(s):

None present                                                None present

**Proceedings:**     (IN CHAMBERS) **ORDER SETTING DISCOVERY CONFERENCE**

In accordance with the district court's December 16, 2021 order granting leave for Plaintiff to amend his complaint and also bifurcating the trial (ECF 87), the court sets a discovery conference on **January 19, 2022 at 11:30 AM PST in Courtroom 540** of the Roybal Federal Building and United States Courthouse.  Lead counsel for the parties must appear **in person**.  In advance of that conference, the parties are ordered to file a joint report (which could be in the form of joint stipulation under Local Rule 37) detailing the disputed Monell discovery issues organized by logical and common categories, topics, or areas of dispute (rather than individual discovery requests and responses).  That report must be filed by **5 PM PST on January 5, 2022**.  No supplemental memoranda may be filed unless ordered.  Defendant City of Los Angeles is ordered to provide a copy of this order to counsel for Officer Bueno.


cc:  SVW Chambers