GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*pro hac vice*)
  OSnyder@gibsondunn.com
KATHERINE MARQUART, SBN 248043
  KMarquart@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
  LCrain@gibsondunn.com
MARK J. CHERRY (*pro hac vice* pending)
  MCherry@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

LAUREN M. BLAS, SBN 296823
  LBlas@gibsondunn.com
COURTNEY M. JOHNSON, SBN 324331
  CJohnson2@gibsondunn.com
TIMOTHY D. BICHE, SBN 293363
  TBiche@gibsondunn.com
ARIANA H. SANUDO, SBN 324361
  ASanudo@gibsondunn.com
333 South Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520

MATTHEW S. KAHN, SBN 261679
  MKahn@gibsondunn.com
KATHERINE W. MARTIN, SBN 307403
  KWarren@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

Attorneys for Plaintiff Deon Jones

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEON JONES, an individual,

   Plaintiff,

   v.

PETER BUENO,

   Defendant.

CASE NO. 2:20-cv-11147-FWS-SK

**EXHIBIT LIST FROM FEBRUARY 22, 2023 *DAUBERT* HEARING**

Judge: Hon. Fred W. Slaughter
Trial Date: February 28, 2023

Pursuant to oral order of the Court at the Further Pretrial Conference on February 22, 2023, Plaintiff Deon Jones hereby submits the below list exhibits that were used during the February 22, 2023 *Daubert* hearing for Mr. Jones' forensic video expert, Jason Latham:

| Ex. No. | Description |
|---|---|
| 438 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:23:18, used as reference image |
| 64 | Photo of Puma x Power Through Peace T7 Jacket |
| 440 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:24:29 |
| A | Slide depicting Ex. 440 and Google Earth image |
| B | Slide depicting Ex. 440 with arrows identifying persons of interest and Google Earth image |
| C | Slide depicting Ex. 440 with arrows identifying persons of interest and approximate location on Google Earth image |
| 442 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:25:40 |
| D | Slide depicting Ex. 442 and Google Earth image |
| E | Slide depicting Ex. 442 with arrows identifying persons of interest and Google Earth image |
| F | Slide depicting Ex. 442 with arrows identifying persons of interest and approximate location on Google Earth image |
| 443 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:26:02 |
| G | Slide depicting Ex. 443 and Google Earth image |

| | | |
|---|---|---|
| | H | Slide depicting Ex. 443 with arrows identifying persons of interest and Google Earth image |
| | I | Slide depicting Ex. 443 with arrows identifying persons of interest and approximate location on Google Earth image |
| | 444 | Clarified still from Officer Amores' body-worn video, at timestamp 22:26:30 |
| | J | Slide depicting Ex. 444 and Google Earth image |
| | K | Slide depicting Ex. 444 with arrows identifying persons of interest and Google Earth image |
| | L | Slide depicting Ex. 444 with arrows identifying persons of interest and approximate location on Google Earth image |
| | 382 | Various Axon Body 2 Evidence Audit Trails [COLA1804-56] |
| | 390[1] | Clarified clip depicting GOI 1 from Officer Purece's body-worn video |
| | 391 | Clarified clip depicting GOI 1 from Officer Bostillo's body-worn video |
| | 408-A[2] | Clip from Officer Bostillo's body-worn video, from timestamp 22:26:24 to 22:27:01 |
| | 393 | Clarified clip depicting event of interest from Officer Bostillo's body-worn video |
| | M | Page 38 from CDFS Results Report by Mr. Latham |
| | 393-A | Clarified clip depicting event of interest from Officer Bostillo's body-worn video with spotlighting |
| | 393-B | Frame-by-frame of clarified clip depicting event of interest from Officer Bostillo's body-worn video with spotlighting |

---

[1] This Exhibit is described as "Exhibit 30" in the transcript from the February 22, 2023 hearing. (Feb. 22, 2023 Hr. Tr at 105:14.)

[2] This Exhibit was referred to as Exhibit 408 during the February 22, 2023 hearing. (Feb. 22, 2023 Hr. Tr at 117:11-118:10.) The Exhibit that was actually used has been referenced by the parties as Exhibit 408-A on the forthcoming Amended Joint Exhibit List. For continuity, Plaintiff identifies the Exhibit as 408-A here.

| | | |
|---|---|---|
| | N | Expert report by Mr. Latham |
| | O | Case notes by Mr. Latham |

DATED: February 23, 2023               Respectfully submitted,

By:     */s/ Lauren M. Blas*
           Lauren M. Blas
           GIBSON, DUNN & CRUTCHER LLP

           Attorney for Plaintiff Deon Jones