| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>ORIN SNYDER (*pro hac vice*)<br>  OSnyder@gibsondunn.com<br>KATHERINE MARQUART, SBN 248043<br>  KMarquart@gibsondunn.com<br>KARIN PORTLOCK (*pro hac vice*)<br>  KPortlock@gibsondunn.com<br>LEE R. CRAIN (*pro hac vice*)<br>  LCrain@gibsondunn.com<br>MARK J. CHERRY (*pro hac vice*)<br>  MCherry@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.4000<br>Fax: 212.351.4035 | LAUREN M. BLAS, SBN 296823<br>  LBlas@gibsondunn.com<br>TIMOTHY D. BICHE, SBN 293363<br>  TBiche@gibsondunn.com<br>COURTNEY M. JOHNSON, SBN 324331<br>  CJohnson2@gibsondunn.com<br>ARIANA H. SAÑUDO, SBN 324361<br>  ASanudo@gibsondunn.com<br>333 South Grand Avenue, Suite 4600<br>Los Angeles, CA  90071-3197<br>Tel.: 213.229.7000<br>Fax: 213.229.7520 |

MATTHEW S. KAHN, SBN 261679
  MKahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

Attorneys for Plaintiff Deon Jones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON JONES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, in his official capacity as Chief of the Los Angeles Police Department, LOS ANGELES POLICE DEPARTMENT, a municipal entity, and PETER BUENO,<br><br>  Defendants. | **CASE NO.  2:20-cv-11147-FWS-SK**<br><br>**PROFFER OF OPENING STATEMENT REGARDING OFFICER BUENO'S NINE OTHER SHOTS**<br><br>Judge:  Hon. Fred W. Slaughter<br>Complaint Filed:  December 9, 2020<br>Trial Date:  February 28, 2023 |

Pursuant to the Court's directive at the Final Pretrial Conference on February 23, 2023, Plaintiff Deon Jones submits the following proffer of Plaintiff's opening statement regarding Officer Bueno's nine other shots:

The evidence will show that Officer Bueno fired at least 28 other shots with his 40mm less lethal launcher on May 30, 2020.  We are going to show you video footage of some of these shots in this trial. This is very important evidence.  Please note—and this is very important to remember—these shots are to be considered by you only for the limited purpose of evaluating Officer Bueno's motive with respect to Mr. Jones's First Amendment claim, Mr. Jones's excessive force claim, and Mr. Jones's claim for punitive damages.

Now, let me tell you briefly what the videos of these shots will show.

You will see Officer Bueno shoot someone standing on a roof of a building on the other side of the street.  Shooting at someone who poses no threat.  And in that video, you will hear another officer say to Officer Bueno that Officer Bueno isn't allowed to shoot people on the roof because they could fall.

You will see another video that starts with Officer Bueno saying "let's get that guy," before he shoots at a far-away crowd.

You will also see Officer Bueno shoot people stepping backwards away from him, shoot indiscriminately into a crowd at people standing down the street, and you will see Officer Bueno chase people and shoot at them with their backs to him.

The evidence will show that Officer Bueno was motivated by malice and ill will.  The evidence will show that he was retaliating against people.  It will show that he was reckless, and that he was endangering people.  And the evidence will show that he was shooting at people who posed no threat with reckless disregard for human life.

| | |
|---|---|
| Dated: February 24, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ Orin Snyder |
| | Orin Snyder<br>Lauren M. Blas<br>Karin Portlock |
| | *Attorneys for Plaintiff Deon Jones* |