GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*pro hac vice*)
  OSnyder@gibsondunn.com
KATHERINE MARQUART, SBN 248043
  KMarquart@gibsondunn.com
KARIN PORTLOCK (*pro hac vice*)
  KPortlock@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
  LCrain@gibsondunn.com
MARK J. CHERRY (*pro hac vice*)
  MCherry@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

LAUREN M. BLAS, SBN 296823
  LBlas@gibsondunn.com
COURTNEY M. JOHNSON,
  SBN 324331
  CJohnson2@gibsondunn.com
TIMOTHY D. BICHÉ, SBN 293363
  TBiche@gibsondunn.com
ARIANA H. SAÑUDO, SBN  324361
  ASanudo@gibsondunn.com
333 South Grand Avenue, Suite 4600
Los Angeles, CA  90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520

MATTHEW S. KAHN, SBN 261679
  MKahn@gibsondunn.com
LAUREN DANSEY, SBN 311886
  LDansey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

Attorneys for Plaintiff Deon Jones

[Additional Counsel listed on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEON JONES, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>PETER BUENO,<br><br>            Defendant. | **CASE NO.  2:20-cv-11147-FWS-SK**<br><br>**STIPULATION CONCERNING WITHDRAWAL OF PLAINTIFF'S STATE LAW CLAIMS**<br><br>Judge:  Hon. Fred W. Slaughter<br>Complaint Filed:   December 9, 2020<br>Trial Date:          February 28, 2023 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Janine K. Jeffery
Reily & Jeffery Inc.
5850 Canoga Ave, Suite 400
Woodland Hills, CA  91367
Tel:  (818) 350-6282
Fax:  (818) 350-6283

Attorney for Defendant Peter Bueno

It is hereby stipulated by and between Plaintiff Deon Jones ("Plaintiff") and Defendant Officer Peter Bueno, through their respective counsel:

1.     Plaintiff withdraws his California constitutional claims (Counts IV, V, VI, and VII of the First Amended Complaint, Dkt. No. 89) with prejudice.

DATED:  March 2, 2023

By:   */s/ Orin Snyder*
Orin Snyder
Lauren M. Blas
Karin Portlock
Attorneys for Plaintiff

DATED:  March 2, 2023

By:   */s/ Janine K. Jeffery*
Janine K. Jeffery
Attorney for Defendant Peter Bueno

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 2, 2023

*/s/ Orin Snyder*