# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-11147-FWS (SKx) | Date | March 8, 2023 |
| Title: | Deon Jones v. City of Los Angeles, et al | | |

**Present: The Honorable**   FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Sharon Seffens; Debbie Hino Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| **Attorneys Present for Plaintiff(s):** | **Attorneys Present for Defendants:** |
|---|---|
| Karin Portlock; Lauren Blas; Lee Crain; Orin Snyder; Mark Cherry | Janine Jeffrey |

\_\_\_\_ Day Court Trial     6th     Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
\_\_\_\_ Witnesses called, sworn, and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   \_\_\_\_ Court pre-instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   March 9, 2023, at 8:00 a.m.   for further trial/further jury deliberation.
X Other:   The court and counsel discuss Jury Notes #1 and #2 and respond to the jurors in writing as discussed on the record.

                                                                              2 : 54
                                                    Initials of Deputy Clerk   mku

cc: