## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 20-11147-FWS (SKx) | Title | Deon Jones v. Peter Bueno |
|---|---|---|---|
| Judge | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 2/28/23; 3/1/23; 3/3/23; 3/6/23; 3/7/23; 3/8/23; 3/9/23 | | |
| Court Reporters or Tape No. | Debbie Hino-Spaan; Sharon Seffens | | |
| Deputy Clerks | Melissa Kunig | | |

**FILED**

MAR 9, 2023

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Karin Portlock | Janine Jeffrey |
| Lauren Blas | |
| Orin Snyder | |
| Lauren Dansey; Lee Crain; Mark Cherry | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (*pro hac vice*)
 OSnyder@gibsondunn.com
KATHERINE MARQUART, SBN 248043
 KMarquart@gibsondunn.com
KARIN PORTLOCK (*pro hac vice*)
 KPortlock@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
 LCrain@gibsondunn.com
MARK J. CHERRY (*pro hac vice*)
 MCherry@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035

LAUREN M. BLAS, SBN 296823
 LBlas@gibsondunn.com
TIMOTHY D. BICHE, SBN 293363
 TBiche@gibsondunn.com
COURTNEY M. JOHNSON, SBN 324331
 CJohnson2@gibsondunn.com
ARIANA H. SANUDO, SBN  324361
 ASanudo@gibsondunn.com
333 South Grand Avenue, Suite 4600
Los Angeles, CA  90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520

MATTHEW S. KAHN, SBN 261679
 MKahn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Tel.: 415.393.8200
Fax: 415.393.8306

Attorneys for Plaintiff Deon Jones

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON JONES, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, in his official capacity as Chief of the Los Angeles Police Department, LOS ANGELES POLICE DEPARTMENT, a municipal entity, and PETER BUENO,<br><br>            Defendants. | CASE NO.  **2:20-cv-11147-FWS-SK**<br><br>**PLAINTIFF DEON JONES' AMENDED WITNESS LIST**<br><br>Judge:   Hon. Fred W. Slaughter<br>Complaint Filed:   December 9, 2020<br>Trial Date:   February 28, 2023 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), Local Rule 16-5, and section I.A.2 of this Court's Order on Pretrial and Trial Procedures, Plaintiff Deon Jones hereby submits his Amended Witness List.[1]  The Amended Witness List includes all witnesses, in alphabetical order, Mr. Jones may call in his case-in-chief, other than for impeachment or rebuttal.  This Amended Witness List provides a brief description of the expected testimony from each witness and demonstrates that no witness will provide duplicative testimony.  Mr. Jones reserves all rights to add, remove, or otherwise modify this list as necessary.

Mr. Jones' intention to present the testimony of a particular witness live or by deposition is based on the information available at this time and may be subject to change.

## Plaintiff's Anticipated Trial Witnesses

**1.   Peter Bueno**   3/6/23; 3/7/23

Mr. Jones intends to call Officer Peter Bueno as a live witness to testify regarding the events of May 30, 2020, including when Officer Bueno shot Mr. Jones.  Officer Bueno's conduct is the key issue in the case.  At this time Mr. Jones expects Officer Bueno will offer testimony on the following topics: (i) Officer Bueno's recollection of his conduct on May 30, 2020; (ii) Officer Bueno's relevant experience and training, including on LAPD policies regarding the proper use of less-lethal launchers; (iii) the activity of Officer Bueno's body camera on May 30, 2020; and (iv) records created by Officer Bueno in connection with his tour of duty on May 30, 2020.  Mr. Jones estimates he will examine Officer Bueno for 2.5 hours.

---

[1]   Pursuant to section I.A.2 of this Court's Order on Pretrial and Trial Procedures, Mr. Jones has provided for each witness a time solely for his intended examination of that witness.

### 2.   Kenneth Corre

Mr. Jones intends to call Dr. Kenneth Corre as a live witness[2] in order to testify regarding Dr. Corre's treatment of Mr. Jones' injuries at Cedars-Sinai Medical Center on May 30, 2020.  At this time Mr. Jones expects Dr. Corre will offer testimony on the following topics: (i) the nature and extent of Mr. Jones' injuries when he arrived at Cedars-Sinai on May 30, 2020; (ii) Dr. Corre's medical diagnoses of Mr. Jones relating to the events of May 30, 2020; and (iii) the treatment Mr. Jones received at Cedars-Sinai.  Mr. Jones estimates he will examine Dr. Corre for 15 minutes.

### 3.   Niara Hill      `3/3/23`

Mr. Jones intends to call Niara Hill as a live witness[3] to testify regarding her recollection of the events of May 30, 2020 as an eyewitness to the shooting of Mr. Jones and the short-term aftermath.  At this time Mr. Jones expects Ms. Hill will offer testimony on the following topics:  (i) Ms. Hill's personal recollection of the events of May 30, 2020; (ii) Ms. Hill's personal recollections of the moment Officer Bueno shot Mr. Jones; and (iii) Ms. Hill's firsthand observations of Mr. Jones immediately after he was shot.  Mr. Jones estimates he will examine Ms. Hill for 45 minutes.

### 4.   Gregory Hoskins      `3/3/23`

Mr. Jones intends to call Sergeant Gregory Hoskins as a live witness for the purpose of testifying regarding LAPD policies and procedures implicated by the events of May 30, 2020.  Sergeant Hoskins will testify to topics including but not limited to: (i) policies, customs, and practices regarding the LAPD's use of rubber bullets; (ii) policies, customs, and practices regarding the LAPD's training on the use of rubber

---

[2] The parties are meeting and conferring concerning a stipulation that would eliminate the need to call Dr. Corre as a witness in either Plaintiff or Defendant's cases.  If the parties do not reach a stipulation, Mr. Jones reserves the right to call Dr. Corre or another custodian from Cedars-Sinai Medical Center.

[3] In the event Ms. Hill becomes unavailable under Federal Rule of Civil Procedure 32(a), Mr. Jones reserves the right to designate portions of her deposition transcript.

Gibson, Dunn &
Crutcher LLP

bullets; (iii) policies, customs, and practices regarding LAPD's officers' recording the use of rubber bullets; (iv) LAPD disciplinary processes arising out of conduct involving the use of rubber bullets on May 30, 2020; and (v) LAPD self-reporting requirements for uses of force.  Sergeant Hoskins possesses significant experience on the topics of his anticipated testimony, including relating to trainings given to LAPD metropolitan division officers (which includes Officer Bueno).  In fact, Sergeant Hoskins was designated pursuant to Federal Rule of Civil Procedure 30(b)(6) by the LAPD to testify on its behalf regarding the aforementioned policies, customs, and practices in place on May 30, 2020.  Mr. Jones estimates he will examine Sergeant Hoskins for 45 minutes.

   **5.   Deon Jones**   `3/1/23; 3/3/23`

Mr. Jones intends to testify as a live witness regarding his personal recollection of the events of May 30, 2020, and the injuries he sustained as a result of being shot in the face with a rubber bullet by Officer Bueno.  At this time Mr. Jones expects to offer testimony on the following topics: (i) his personal recollection of the events of May 30, 2020; (ii) his firsthand account of the physical and psychological injuries he sustained as a result of the events of May 30, 2020; and (iii) his reasons for attending the May 30, 2020 protest.  Mr. Jones estimates the length of his direct examination will be 2.5 hours.

   **6.   Clark Kimerer**   `3/6/23`

Mr. Jones intends to call Clark Kimerer as a live witness to offer his expert opinions regarding the cause of Mr. Jones's injuries, Officer Bueno's use of force on May 30, 2020, and whether Officer Bueno violated LAPD policies.  At this time Mr. Jones expects Mr. Kimerer will offer testimony on the following topics: (i) the basis for Mr. Kimerer's expert opinions on Officer Bueno's use of force on May 30, 2020; and (ii) the basis for Mr. Kimerer's expert opinions on whether Officer Bueno violated LAPD policies.  Mr. Jones estimates he will examine Mr. Kimerer for 1.25 hours.

**7.   Jason Latham**   `3/6/23`

Mr. Jones intends to call Jason Latham as a live witness to offer his expert opinions regarding his review, analysis, and enhancement of certain body-worn video. At this time Mr. Jones expects Mr. Latham will offer testimony on the following topics: (i) the methodology Mr. Latham used to review, enhance, and analyze relevant body-worn video files; (ii) the techniques Mr. Latham used to track certain individuals and objects during the May 30, 2020 protests; and (iii) the basis for Mr. Latham's expert opinions.  Mr. Jones estimates he will examine Mr. Latham for 1.75 hours.

**8.   Armand Lemoyne**   `3/3/23; 3/6/23`

Mr. Jones intends to call Sergeant Armand Lemoyne as a live witness for the purpose of authenticating certain body-worn video footage if the parties cannot reach an agreement to stipulate to the authenticity of such videos.  Mr. Jones believes a reasonable stipulation to the authenticity of body-worn video footage would save the jury's time.  Sergeant Lemoyne will also testify to topics including but not limited to customs, policies, and practices regarding the LAPD's use of body-worn cameras.  Mr. Jones estimates he will examine Sergeant Lemoyne for 30 minutes.

**9.   Brad Michel**

In the event the parties are unable to reach agreement on a stipulation regarding the admission of evidentiary audit trails for body-worn camera footage, Mr. Jones intends to call Detective Michel to testify at trial to the admissibility of those audit trails.  Mr. Jones believes a reasonable stipulation to the admissibility of these documents would save the jury's time and obviate the need to call Detective Michel at all.  Mr. Jones estimates he will examine Detective Michel for 15 minutes.

**10.   Erin Min**   `3/3/23`

Mr. Jones intends to call Erin Min as a live witness regarding her personal recollection of the events of May 30, 2020.  At this time Mr. Jones expects Ms. Min will offer testimony on the following topics: (i) the aid she provided Mr. Jones after he was shot on May 30, 2020; (ii) the appearance of Mr. Jones' wound; and (iii)

transporting Mr. Jones to the hospital for emergency medical treatment.  Mr. Jones estimates he will examine Ms. Min for 25 minutes.

Dated:  February 23, 2023              GIBSON, DUNN & CRUTCHER LLP

                                       By:  */s/ Orin Snyder*
                                            Orin Snyder
                                            Karin Portlock
                                            Lauren M. Blas

                                            Attorneys for Plaintiff Deon Jones

Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, Officer Peter Bueno

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON JONES, an individual, | CASE NO. 2:20-cv-11147-FWS-SK |
| Plaintiff, | **DEFENDANT'S AMENDED WITNESS LIST** |
| vs. | Trial Date: February 28, 2023 |
| CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, LOS ANGELES POLICE DEPARTMENT, a municipal entity, and PETER BUENO, | Judge: Hon. Fred W. Slaughter<br>Complaint Filed: December 9, 2020 |
| Defendants. | |

        Defendant Officer Bueno submits the following amended witness list who may be called at the time of trial.

///

///

///

///

///

///

///

///

1

| WITNESS' NAME | DESCRIPTION OF TESTIMONY | NOT DUPLICATIVE | TIME ESTIMATE - DIRECT | TIME ESTIMATE - CROSS |
|---|---|---|---|---|
| Peter Bueno | Defendant | | 1.5 | |
| Jamie Borden | Defendant's use of force expert | This is Defendant's only use of force expert | 1.5 | |
| Dr. Kenneth A. Corre | Treating physician | This is the only doctor who will opine about Plaintiff's treatment | .5 | |
| Bryan Dameworth | LAPD officer at the scene who was assigned the 40 mm and who can testify to the aggression of the crowd and his use of the 40 mm | This testimony is to counteract the claim that Bueno used his 40 mm excessively | .7 | |
| Niara Hill | Witness to incident | There are no other witnesses who claim to have been with Plaintiff at the time he claims he was injured | 1.0 | |
| Sgt. Armand LeMoyne | LAPD witness on body worn cameras, | This witness can testify to the | | |

| | | | | |
|---|---|---|---|---|
| | the failures in the Axon 2 body worn and the use of the Axon 3 body worn | deficiencies of the Axon 2 body worn cameras and how they compare to the Axon 3 body worn cameras | | |
| Officer Chad Zipperman <br> 3/7/23 | Tactical flight officer who will testify to his observations of the scene and requests for assistance | This witness was in the best position to describe the overall situation and as such, his testimony will avoid the need to call multiple witnesses | 1.0 | |
| Custodian of records for BET or Michelle van Oppen* | This witness will authenticate Exhibit 510, the letter prepared by Michelle van Oppen, regarding one of Plaintiff's damage claims.  If Plaintiff stipulates to admissibility, this witness will not be necessary. | This witness is not duplicative of any other and may not be necessary. | .2 | |

1

        Defendant may call some or all of the witnesses listed above, and he

2

expressly reserves the right to supplement this list based on evidence offered by any

3

party and/or for the purposes of impeachment.

4

5

Dated:  February 24, 2023                    REILY & JEFFERY, INC.

6

7

                                             */s/ Janine K. Jeffery*
                                             Janine K. Jeffery
8                                            Attorney for Officer Peter Bueno

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S AMENDED WITNESS LIST

1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

DEON JONES, an individual,

12                    Plaintiff,

13         v.

14

PETER BUENO,

15                    Defendant.

16

**CASE NO.  2:20-cv-11147-FWS-SK**

**SECOND AMENDED JOINT EXHIBIT LIST**

Judge:   Hon. Fred W. Slaughter
Complaint Filed:   December 9, 2020
Trial Date:   February 28, 2023

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Order on Pretrial and Trial Procedures (Dkt. No. 179), and Central District Local Rule 16-6, the parties hereby submit the following Second Amended Joint Exhibit List:

**Plaintiff's Trial Exhibits**

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Photo of D. Jones with bandaged head (May 30, 2020) [Depo. Ex. 2] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 2 | Photo of D. Jones with bandaged head, profile view (May 30, 2020) [Depo. Ex. 3] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 3 | Clip of social media story by N. Hill (May 30, 2020) [Jones_0000047] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 4 | LAPD Activity Log (ICS 214), Metropolitan TSE 3 (May 30, 2020) [Depo. Ex. 22] | Rules 402, 403, MIL # 4 | | |
| 5 | Photo of Puma x Power Through Peace T7 jacket [Depo. Ex. 64] | Rule 901 | 3/1/23 | 3/1/23 |
| 6 | LAPD Training Attendance Record, Less Lethal for Crowd Control Update (Aug. 13, 2021) [Depo. Ex. 69] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 7 | LAPD Directive No. 11, Crowd Management, Intervention, and Control (June 2011) [CITY DEFENDANTS 000718-728] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 8 | Photo of D. Jones and N. Hill in Trader Joe's parking lot on May 30, 2020 21DFL014_I1-CLF_Rivera-POI 1-2 IMG 22_23_18 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 9 | Clip of Instagram Live stream by deontjones (May 30, 2020) [Jones_0000050 ] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 10 | LAPD Manual, 2020 2nd Quarter Excerpt [CITY DEFENDANTS - 000055, 73, 77] | Rules 402, 403, 802 | 3/3/23 | 3/3/23 |
| 11 | LAPD Manual, Vol. 3 Excerpt [COLA02224, 2443-2451] | Exhibit withdrawn | | |
| 12 | LAPD Office of Constitutional Policing and Policy, Notice 1.14, Powering Off Body-Worn Camera Devices While in Department Facilities (Dec. 20, 2018) [NPF021694-96] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/6/23 | 3/6/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 13 | LAPD Office of the Chief of Police, Notice 1.1, BWV Pre-Activation Buffer Best Practice; Req. to Leave Device Powered On – Reminder (Jan. 17, 2020)  [NPF021697] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/6/23 | 3/6/23 |
| 14 | LAPD Manual, Vol. 3, Sections 579.15-17 [NPF021671-79] | Rules 402, 802 | 3/6/23 | 3/6/23 |
| 15 | May 30, 2020 receipt for Uber ride [Jones_0000161] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 16 | June 12, 2020 1:38 PM text message from D. Jones to T. Beauchamp [JONES 0000764] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 17 | June 23, 2020 9:38 PM text message from D. Jones to Y. Noel-Schure [Jones_0000746] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 18 | June 18, 2020 2:01 AM text message from D. Jones to A. Macon [Jones_0000810] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 19 | June 6, 2020 4:26 PM text message from D. Jones to J. Williams [Jones_0000331] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 20 | June 22, 2020 6:22 PM text message from D. Jones to L. Ayers [Jones_0000662] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 21 | June 25, 2020 5:27 AM text message from D. Jones [Jones_0000781] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 22 | July 9, 2020 8:22 PM text message from D. Jones to M. Carter [Jones  0000442] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 23 | LAPD Force Investigation Division, Statement of Officer III P. Bueno (Mar. 9, 2021) [CITY DEFENDANTS - 001158-92]* | For identification purposes | | |
| 24 | Axon Body 2 Device Audit Trail, camera serial number X81155306 [JONES FID 000055-62] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 25 | Log of shots fired by Officer Bueno on May 30, 2020 [CITY DEFENDANTS - 001420-24] | Rules 402, 403, 404(b), 608(b); MIL # 4 | | |
| 25-A | Typed Log of Shots Fired by Officer Bueno on May 30, 2020 | Rules 402, 403, 404(b), 608(b); MIL # 4 | | |
| 26 | J. Latham Expert Report (March 5, 2022) [Depo. Ex. 261]* | For identification purposes | | |
| 27 | May 30, 2020 Cedars Sinai Medical Records for D. Jones [CEDARS SINAI_MRec0001-13] | Exhibit withdrawn | | |
| 28 | LAPD Directive No. 1.1, Use of Force-Tactics Directive – Use of Force Policy (August. 2017) | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | [CITY DEFENDANTS - 000743-746] | | | |
| 29 | LAPD Special Order No. 12, Body-Worn Video Procedures – Established (Apr. 28, 2015) [COLA001902--1909] | Exhibit withdrawn | | |
| 30 | Photo of D. Jones in hospital (May 30, 2020) [Jones_0000004] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 31 | Photo of D. Jones' coughed-up blood [Jones_0000005] | Rule 403, 901 | 3/1/23 | 3/1/23 |
| 32 | Photo of D. Jones in hospital, side view (May 30, 2020) [Jones_0000009] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 33 | Photo of D. Jones in hospital, side view with bandage (May 30, 2020) [Jones_0000010] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 34 | Cedar Sinai After Visit Summary for D. Jones (May 30, 2020) [Jones_0000113-29] | Exhibit withdrawn | | |
| 35 | Cedar Sinai Summary of Care for D. Jones (Nov. 3, 2021) [Jones_0000827-35] | Exhibit withdrawn | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 36 | Bills for medical services from Cedar Sinai [Jones_0000130-34] | Rules 403, 802, 901 | | |
| 37 | May 30, 2020 10:34 PM text message from D. Jones to G. Kaino [Jones_0000694] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 38 | May 31, 2020 3:52 AM text message from D. Jones to K. Isabell [Jones_0000648] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 39 | May 31, 2020 6:14 AM text message from D. Jones to D. Hyman [Jones_0000636] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 40 | June 1, 2020 7:51 AM text message from D. Jones to P. Johnson [Jones_0000677] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 41 | June 13, 2020 4:25 PM text message from D. Jones to A. Phillbin [Jones_0000751] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 42 | LAPD Notice 1.15, Deployment And Use Of BWV For Metropolitan Division (June 13, 2018) [NPF021685-87] | Exhibit withdrawn | | |
| 43 | LAPD Special Order No. 4, Policy On The Use Of Force —Revised (Feb. 5, 2020) [CITY DEFENDANTS - 000708-12] | Rules 402, 403, 802 | 3/3/23 | 3/3/23 |

Gibson, Dunn & Crutcher LLP

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 44 | LAPD Directive No. 17, Use of Force-Tactics - 40mm LLL (July 2018) [CITY DEFENDANTS - 000713-17] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 45 | LAPD Force Investigation Division, Sworn Interview Lead In and Officer Information Worksheet (Mar. 9, 2021) [CITY DEFENDANTS - 001193-208] | Withdrawn exhibit | | |
| 46 | Defense Technology, 40mm eXact iMpact Sponge Round specifications [CITY DEFENDANTS - 001419] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 47 | C. Kimerer Expert Report (Sept. 27, 2022)* | For identification purposes | | |
| 48 | Various Axon Body 2 Evidence Audit Trails [COLA1804-56] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 49 | Excerpt of LAPD Metropolitan Division, Crowd Management and Control Training (June 2015) [CITY DEFENDANTS 00001618, 1644-45, 1656, 1659-61] | Exhibit withdrawn | | |
| 50 | CDFS Results Report (Mar. 3, 2022)* | For identification purposes | | |
| 51 | Various Axon Body 2 Evidence Audit Trails [COLA1777-79] | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

Gibson, Dunn & Crutcher LLP

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 52 | 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52A | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52B | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp5 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52C | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp6 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52D | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp7 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52E | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp8 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52F | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp9 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 52G | Frame of 21DFL014_I1_Purece 1_GOI 1 Leave AOI_ 22_25_51.mp10 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 53 | 21DFL014_I1_AXON_Bo dy_2-05- 30_1503_CLF_Pre- EOI_STB IA Crop w org FC_GOI1 Track.mp4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 54 | 21DFL014_I1_30_1503_ CLF_STB_Crop_EOI_10 FPS.mp4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 55 | 21DFL014_30-1503 CLF no annotations.mp4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 55A | 21DFL014_I1_30_1503_ CLF_STB_Crop_EOI.mp 4 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 55B | 21DFL014_I1_30_1503_ CLF_STB_Crop_EOI (Frame by Frame).pdf | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 55C | [45556] 21DFL01430-1503 CLF no annotations-279.png | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 56 | 3rd_Fairfax-2.mp4, from BWC worn by Officer Rivera, including clips and still images derived therefrom [COLA-VID 126] | For identification purposes | | |
| 56A | Still image from Exhibit 56, from timestamp 22:24:18 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 56B | Still image from Exhibit 56, from timestamp 22:24:27 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 56C | Still image from Exhibit 56, from timestamp 22:24:44 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 57 | Mobile_Field_Force.mp4 (4.89 GB), from BWC worn by Officer Amores, including clips and still images derived therefrom [COLA-VID 098] | For identification purposes | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 58 | AXON_Body_2_Video_2020-05-30_1449.mp4, from BWC worn by Officer Bueno, including clips and still images derived therefrom [COLA-VID 105] | For identification purposes | | |
| 58A | Clip from Exhibit 58, from timestamp 21:47:53 to 21:48:42 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 59 | AXON_Body_2_Video_2020-05-30_1555.mp4, from BWC worn by Officer Bueno, including clips and still images derived therefrom [COLA-VID 106] | For identification purposes | | |
| 59A | Clip from Exhibit 59, from timestamp 22:58:11 to 23:00:00 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 60 | AXON_Body_2_Video_2020-05-30_1838.mp4, from BWC worn by Officer Bueno, including clips and still images derived therefrom [COLA-VID 107] | For identification purposes | | |
| 60A | Clip from Exhibit 60, from timestamp 01:38:44 to 01:38:52 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 60B | Clip from Exhibit 60, from timestamp 01:41:46 to 01:41:55 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 60C | Clip from Exhibit 60, from timestamp 01:42:35 to 01:42:46 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 60D | Clip from Exhibit 60, from timestamp 01:43:09 to 01:43:17 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 61 | AXON_Body_2_Video_2 020-05-30_1919.mp4, from BWC worn by Officer Bueno, including clips and still images derived therefrom [COLA-VID 108] | For identification purposes | | |
| 61A | Clip from Exhibit 61, from timestamp 02:24:05 to 02:24:16 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 61B | Clip from Exhibit 61, from timestamp 02:24:17 to 02:24:21 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 62 | AXON_Body_2_Video_2 020-05-30_1503.mp4, from BWC worn by Officer Bostillo, including clips and still images derived therefrom [COLA-VID 138] | For identification purposes | | |
| 62A | Clip from Exhibit 62, from timestamp 22:26:24 to 22:27:01 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 62B | Clip from Exhibit 62, from timestamp 22:25:16 to 22:26:17 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 63 | [45556] 21DFL014 ORG 1503 No CLF-0279.png | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 64 | COLA-VID 166 Tudor - AXON_Body_2_Video_2 020-05-30_1425 - WM, from BWC worn by Officer Tudor, including clips and still images derived therefrom [COLA-VID 166] | For identification purposes | | |
| 64A | Clip from Exhibit 64, from timestamp 22:05:47 to 22:06:48 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 65 | COLA-VID 247 Dameworth 35966 __1555 hrs__Demo - WM.mp4, from BWC worn by Officer Dameworth , including clips and still images derived therefrom [COLA-VID 247] | For identification purposes | | |
| 65A | Still image from Exhibit 65, from timestamp 23:01:37 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 66 | AXON_Body_2_Video_2 020-05-30_1425.mp4 (4.67 GB), from BWC worn by Officer Purece, including clips and still images derived therefrom [COLA-VID 112] | For identification purposes | | |
| 67 | Body camera of the same make and model as worn by Officer Bueno on May 30, 2020, including but not limited to all holsters, carriers, and mounts, or | For identification purposes | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | substantially identical versions thereof | | | |
| 68 | Puma x Power Through Peace T7 jacket | Rules 901 | 3/1/23 | 3/1/23 |
| 69 | Officer Bueno's Verified Responses to Requests for Admission, Set One, Feb. 14, 2022* | For identification purposes | | |
| 70 | Officer Bueno's Verified Responses to Interrogatories, Set One, Feb. 14, 2022* | For identification purposes | | |
| 71 | Audio Recording of LAPD Force Investigation Division Interview of Officer III P. Bueno (Mar. 9, 2021) [COLA AUD 007]* | For identification purposes | | |
| 72 | Metropolitan Division Mission Statement | Rules 402, 403, 802 | | |
| 73 | Google Earth Image of 3rd Street, Los Angeles | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 73A | Blown Up image of Exhibit 73 | Amended by counsel during trial | 3/1/23 | |
| 74 | Google Earth Image of 3rd Street, Los Angeles (Zoomed in version) | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 74A | Blown Up image of Exhibit 74 | Amended by counsel during trial | 3/1/23 | |
| 75 | Transcript of First Deposition of Peter Bueno (June 23, 2021)* | For identification purposes | | |
| 75A | Video Recording of First Deposition of Peter Bueno (June 23, 2021), from | For identification purposes | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | timestamp 13:13:24 to 15:02:53* | | | |
| 75B | Video Recording of First Deposition of Peter Bueno (June 23, 2021), from timestamp 15:22:05  to 18:27:32* | For identification purposes | | |
| 75C | Video Recording of First Deposition of Peter Bueno (June 23, 2021), from timestamp 18:40:17 to 20:50:48* | For identification purposes | | |
| 75D | Video Recording of First Deposition of Peter Bueno (June 23, 2021) from timestamp 21:03:30 to 21:55:05* | For identification purposes | | |
| 76 | Transcript of Second Deposition of Peter Bueno (Mar. 2, 2022)* | For identification purposes | | |
| 76A | Video Recording of Second Deposition of Peter Bueno (Mar. 2, 2022), from timestamp 10:40:29 to 11:44:26* | For identification purposes | | |
| 76B | Video Recording of Second Deposition of Peter Bueno (Mar. 2, 2022), from timestamp 11:43:36 to 12:36:13* | For identification purposes | | |
| 76C | Video Recording of Second Deposition of Peter Bueno (Mar. 2, 2022), from timestamp 12:48:36 to 1:11:25* | For identification purposes | | |
| 76D | Video Recording of Second Deposition of Peter Bueno (Mar. 2, | For identification purposes | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 2022), from timestamp 1:18:35 to 1:31:37* | | | |
| 77 | Publicly available social media posts depicting Pan Pacific Park on May 30, 2020 | Objection | | |
| 78 | May 31, 2020 11:03 PM text message from D. Jones to C. Booker JONES 0000418 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 79 | City Defendants First Supplemental Response and Objections to Plaintiff Deon Jones Request for Production 2* | For identification purposes | | |
| 80 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:23:18 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 81 | Still from Officer Bostillo's body-worn video, at timestamp 22:26:33, with waveform | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 82 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:24:29 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 83 | Google Earth image of Trader Joe's parking lot | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 84 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:25:40 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 85 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:26:02 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 86 | Clarified still from Officer Amores' body-worn video, at timestamp 22:26:30 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 87 | Clarified still from Officer Bostillo's body-worn video, at timestamp 22:26:35 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 88 | Still from Officer Bostillo's body-worn video, at timestamp 22:26:47, with waveform | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 89 | Picture of Trader Joe's and Paper Source | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 90 | J. Latham Slide - Rivera 22:24:29 Image and Map | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 91 | J. Latham Slide - Rivera 22:24:29 Identification | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 92 | J. Latham Slide - Rivera 22:24:29 Identification and Placement | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 93 | J. Latham Slide - Rivera 22:25:40 Image and Map | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 94 | J. Latham Slide - Rivera 22:25:40 Identification | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 95 | J. Latham Slide - Rivera 22:25:40 Identification and Placement | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 96 | J. Latham Slide - Rivera 22:26:02 Image and Map | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 97 | J. Latham Slide - Rivera 22:26:02 Identification | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 98 | J. Latham Slide - Rivera 22:26:02 Identification and Placement | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 99 | J. Latham Slide - Amores 22:26:30 Image and Map | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 100 | J. Latham Slide - Amores 22:26:30 Identification | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 101 | J. Latham Slide - Amores 22:26:30 Identification and Placement | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 102 | AXON_Body_2_Video_2 020-05-30_1439.mp4, from BWC worn by Sergeant Phillips, including clips and still images derived therefrom [COLA-VID 166] | For identification purposes | | |
| 102 A | Clip from Exhibit 102, from timestamp 22:23:46 to 22:23:55 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 103 | Still from Officer Garcia's body-worn video (COLA-VID 324) at timestamp 22:09:25 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

Gibson, Dunn & Crutcher LLP

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 104 | Still from Officer McPheeters' body-worn video (Tse.mp4 (COLA-VID 155)) at timestamp 22:24:49 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 105 | Clarified still from Officer Rivera's body-worn video, at timestamp 22:25:11 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 106 | 7/20/2020 Email to Unilever HR | | 3/2/23 | 3/2/23 |
| 107 | 5/3/2020 Niara Hill Tweet | | 3/3/23 | 3/3/23 |
| 108 | Exhibit A to Dr. Korre Stipulation | | 3/3/23 | 3/3/23 |
| 109 | LAPD Use of Force-Tactics Directive – June 2011 | | 3/3/23 | |

### Defendant's Trial Exhibits

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 201 | Aerial map marked at Plaintiff's deposition | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 202 | Uber receipt for March 30, 2020 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 203 | Photograph of Hill and Jones in the TJ parking lot | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 204 | Photograph of Jones in the TJ parking lot | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 205 | May 31, 2020 message by Plaintiff | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 206 | SMS by Plaintiff to Williams on May 31, 2020 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 207 | Instagram post by Plaintiff on May 30, 2020 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 208 | May 31, 2020 | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 209 | Hill social media post | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 210 | June 2, 2020 message by Plaintiff | **FRE 401/402** – Irrelevant; F**RE 802** – The statement in this text message was made by someone other than Plaintiff, and therefore is hearsay. | | |
| 211 | June 4, 2020 SMS by Plaintiff | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 212 | June 6, 2020 Message by Plaintiff | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 213 | June 15, 2020 Message by Plaintiff | **FRE 401/402** - Irrelevant; **FRE 403** – Unfair prejudice, Cumulative.  To the extent this exhibit is admitted, it should be subject to an | 3/1/23 | 3/1/23 |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | appropriate limiting instruction. | | |
| 214 | June 22, 2020 Message by Plaintiff to Ayers | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | 3/1/23 |
| 215 | Joy Collective documents | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/1/23 | |
| 216 | March 18, 2022 Letter from Michelle van Oppen | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 217 | Hill video | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; **FRE 802** – Hearsay. | | |
| 218 | Hill video (second) | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; **FRE 802** – Hearsay. | 3/3/23 | 3/3/23 |
| 219 | Hill video (third) | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; **FRE 802** – Hearsay. | 3/3/23 | 3/3/23 |
| 220 | Clip from Bueno's body worn | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/7/23 | 3/7/23 |
| 221 | Aerial view of parking lot | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/7/23 | 3/7/23 |
| 222 | Photograph of MTA bus | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence | 3/7/23 | 3/7/23 |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 901** – Authenticity; **FRE 802** - The purported timestamp and other writing on this image hearsay. | | |
| 223 | Photograph of police car on fire | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair Prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 602** – Lack of Personal Knowledge; **FRE 901** – Authenticity. | | |
| 224 | Photograph of police car on fire | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; | 3/7/23 | 3/7/23 |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | **FRE 602** – Lack of Personal Knowledge; **FRE 901** – Authenticity. | | |
| 225 | Photograph of graffiti on police car | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 602** – Lack of Personal Knowledge; **FRE 901** – Authenticity; **FRE 1002** – Best Evidence Rule. | 3/7/23 | 3/7/23 |
| 226 | Photograph of graffiti on police car | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 602** – Lack of Personal Knowledge; **FRE 901** – Authenticity; | 3/7/23 | 3/7/23 |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | **FRE 1002** – Best Evidence Rule. | | |
| 227 | Photograph of intersection | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 901** – Authenticity. | 3/7/23 | 3/7/23 |
| 228 | Photograph of police surrounded | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice, Cumulative; **FRE 404(b)** – Inadmissible to the extent Defendant intends to use evidence of others' crimes, wrong, or acts to suggest Plaintiff was acting in conformity with those acts; **FRE 901** – Authenticity. | 3/7/23 | 3/7/23 |
| 229 | Incident recall | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/7/23 | |
| 230 | Radio communications | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; **FRE 404(b)** – This evidence is inadmissible to the extent that Defendant intends to argue that | | |

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | evidence of others' crimes, wrongs, or acts suggests Plaintiff acted in conformity with those acts on a particular occasion; **FRE 602** – Lack of Personal Knowledge; **FRE 802** – Hearsay. | | |
| 231 | Radio communications | **FRE 401/402** – Irrelevant; **FRE 403** – Unfair prejudice; **FRE 404(b)** – This evidence is inadmissible to the extent that Defendant intends to argue that evidence of others' crimes, wrongs, or acts suggests Plaintiff acted in conformity with those acts on a particular occasion; **FRE 602** – Lack of Personal Knowledge; **FRE 802** – Hearsay. | | |
| 232 | Axon 2 Body Worn Camera (demonstrative) | For identification purposes | 3/6/23 | |
| 233 | Jamie Borden's report | For identification purposes | | |
| 234 | Erin Min drawing | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 235 | Photo of police cars on Third | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/7/23 | 3/7/23 |

Gibson, Dunn & Crutcher LLP

| Ex. No. | Description | Plaintiff's Objection | Date Identified | Date Admitted |
|---|---|---|---|---|
| 236 | Niara Hill map | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | 3/3/23 | 3/3/23 |
| 237 | Hill Instagram post | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 238 | Statement of Hill Instagram post | Exhibit admitted without objection (Dkt. 326-1 at ¶ 10) | | |
| 239 | Plaintiff's Twitter Video (Full) | | 3/1/23 | |
| 240 | 7/6/2020 Email from Plaintiff to "Mother Carter" | | 3/1/23 | 3/1/23 |
| 241 | 6/23/20 Email from Plaintiff to Yvette Noel | | 3/1/23 | 3/1/23 |
| 242 | 6/21/2020 Email from Plaintiff | | 3/1/23 | 3/1/23 |
| 243 | Plaintiff's Responses to Interrogatories (Set 1) | | | |
| 244 | 1/6/2020 Letter from Unilever to Plaintiff | | 3/2/23 | |
| 245 | Compilation of Plaintiff Resume Documents (Subpoenaed from Conopco) | | | |
| 246 | Twitter Video Clip (Portion of 239) | | | 3/6/23 |
| 247 | Plaintiff's Responses to Interrogatories (Set 2) | | | |
| 248 | Bostillo Video Clip | | 3/6/23 | 3/6/23 |
| 249 | Smaller Version of Exhibit 74A | | 3/7/23 | 3/7/23 |
| 250 | Zipperman Declaration | | 3/7/23 | |

Gibson, Dunn & Crutcher LLP

1

DATED:  February 28, 2023

2

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

3

By:  */s/ Orin Snyder*

4

Orin Snyder
Lauren M. Blas

5

Karin Portlock

6

7

Attorney for Plaintiff Deon Jones

8

DATED:  February 28, 2023

9

By:  */s/ Janine K. Jeffery*
Janine K. Jeffery

10

Reily & Jeffery Inc.
5850 Canoga Ave, Suite 400
Woodland Hills, CA  91367

11

Tel:  (818) 350-6282

12

Fax:  (818) 350-6283
Attorney for Defendant Peter Bueno

13

14

Pursuant to Local Rule 5-4.3.4, I attest that all other signatories listed, and on

15

whose behalf the filing is submitted, concur in the filing's content and have authorized

16

the filing.

17

18

DATED:  February 28, 2023

*/s/ Orin Snyder*

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

27