UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MKU DEPUTY

Date: 3/8/2023

Time: 2:47 PM

Case No.:   CV 20-11147-FWS (SKx)

Case Title:   Deon Jones v. City of Los Angeles, et al

JURY NOTE NUMBER __1__

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

We need some clarification on jury instruction 26. For example:

① If we answer yes on question #4, are we required to answer #5?

② If we answer no on question #4, are we required to answer #5?

DATE: 3/8/2023            SIGNED: **REDACTED**
                                  FOREPERSON OF THE JURY