UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAR - 9 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mku DEPUTY

Date: 3-8-2023

Time: 3:31 PM

Case No.: CV 20-11147-FWS (SKx)

Case Title: Deon Jones v. City of Los Angeles, et al

JURY NOTE NUMBER 2

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Should punitive damages be included in the total dollar amount under question #6, "Damages in the following amount: $___"?

DATE: 3-8-2023    SIGNED: **REDACTED**

FOREPERSON OF THE JURY