FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2023

CENTRAL DISTRICT OF CALIFORNIA
BY  mku  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEON JONES,

        Plaintiff,

v.

PETER BUENO,

        Defendants.

Case No.: 2:20-cv-11147-FWS-SK

**VERDICT FORM**

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**<u>Plaintiff Deon Jones' First Amendment Claim:</u>**

1. Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno retaliated against Plaintiff Deon Jones in violation of the First Amendment to the Constitution of the United States of America?

   Yes _____    No __X__

2. Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno discriminated against Plaintiff Deon Jones based on Plaintiff Deon Jones's viewpoint in violation of the First Amendment to the Constitution of the United States of America?

   Yes _____    No __X__

3. Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno violated Plaintiff Deon Jones's right to record matters of public interest under the First Amendment to the Constitution of the United States of America?

   Yes _____    No __X__

**Plaintiff Deon Jones' Fourth Amendment Claim:**

4. Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno violated Plaintiff Deon Jones's right to be free from an unreasonable seizure of his person under the Fourth Amendment to the Constitution of the United States?

Yes __X__          No _____

**Plaintiff Deon Jones' Fourteenth Amendment Claim:**

5. Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno's conduct shocked the conscience, thereby violating the Plaintiff Deon Jones's rights under the Fourteenth Amendment to the Constitution of the United States of America?

Yes _____          No _____

*If you have answered "Yes" to any of Question Nos. 1–5, please proceed to Question Nos. 6 and 7. If you have answered "No" to all of Question Nos. 1–5, do not proceed any further, and have your presiding juror sign and date this verdict form.*

**Damages:**

6. Having found in favor of Plaintiff Deon Jones and against Defendant Peter Bueno on at least one of the Plaintiff Deon Jones's claims above, the jury assesses:

Damages in the following amount: $ 250,000

**Punitive Damages Liability:**

7.  Did Plaintiff Deon Jones prove by a preponderance of the evidence that Defendant Peter Bueno's conduct toward Plaintiff Deon Jones was malicious, oppressive, or in reckless disregard of the Plaintiff Deon Jones' rights?

Yes  X        No  _____

*Please sign and date this form, then return it to the Court.*

Dated:  MARCH 9, 2023

Signed:  **REDACTED**

*Presiding Juror*

-3-