

Case No.: CV 20-11147-FWS (SKx)

Case Title: Deon Jones v. Peter Bueno

Date: March 8, 2023

## RESPONSE TO JUROR NOTE # 1

The answer to question 1 is NO.

The answer to question 2 is YES.