Case No.: CV 20-11147-FWS (SKx)

Case Title: Deon Jones v. Peter Bueno

Date: March 8, 2023

## RESPONSE TO JUROR NOTE # 2

The answer to Jury Note 2 is NO.