```
                                        FILED
                            CLERK, U.S. DISTRICT COURT

                                     MAR - 9 2023

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY            /s/         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEON JONES,

        Plaintiff,

v.

PETER BUENO,

        Defendant.

Case No.: 2:20-cv-11147-FWS-SK

SPECIAL VERDICT FORM (PHASE II)

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

1. What punitive damages, if any, are awarded to Plaintiff Deon Jones?:

Punitive Damages in the following amount: $ 125,000

*Please sign and date this form, then return it to the Court.*

Dated: MARCH 9, 2023

Signed: REDACTED

*Presiding Juror*

-1-